# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140466

RICHARD TAYLOR and KAREN TAYLOR,
     Plaintiffs-Appellees,

v

                                       SC: 140466
                                       COA: 286078
KENT RADIOLOGY, PC, and LOUIS               Kent CC: 06-004780-NH
BIXLER, MD,
     Defendants-Appellants,

and

TRINITY HEALTH-MICHIGAN,
     Defendant.
_____/

On order of the Court, the application for leave to appeal the December 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010
d0621
                                           Clerk